# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE<br><br>JAMES LEWIS,<br>                Debtor<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br>CAPITAL ONE AUTO FINANCE,<br>A DIVISION OF CAPITAL ONE, N.A.,<br>                Movant<br>      vs.<br><br>JAMES LEWIS,<br>                Respondent(s)<br>      and<br><br>WILLIAM C. MILLER, ESQ.<br>                Trustee | CHAPTER 13<br><br>CASE NO.: 20-12536-MDC<br><br><br><br>**HEARING DATE:**<br>Tuesday, October 06, 2020<br>10:30 A.M.<br><br><br><br>**LOCATION:**<br>United States Bankruptcy Court 900<br>Market Street<br>Courtroom No. 2<br>Philadelphia, PA 19107 |

## ORDER

Upon consideration of the Motion for Relief from Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2015 CHRYSLER Town & Country Wagon Touring, V.I.N. 2C4RC1BG2FR636741) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

October 28, 2020

*Magdeline D. Coleman*
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE

Please send copies to:

James Lewis
1201 E. Willowgrove Avenue
Glenside, PA 19038

HENRY ALAN JEFFERSON
Jefferson Law, LLC
1700 Market Street, Suite 1005
Philadelphia, PA 19103

WILLIAM C. MILLER, Esq.
P.O. Box 1229
Philadelphia, PA 19105

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street,
Suite 502
Philadelphia, PA 19106

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130